O

FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BERNIE F. BRIGGS,

      Petitioner,

      v.

DARREL G. ADAMS, WARDEN,

      Respondent.

Case No. EDCV 08-00975 CAS (AN)

ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

1. The Court finds the arguments raised in the Objections lack merit and do not refute any of the findings and conclusions set forth in the R&R. Therefore, the Objections are overruled and the R&R is approved and adopted.

2. The Clerk is directed to enter Judgment denying the FAP and dismissing this action with prejudice.

3. Any other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: July 9, 2009

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE