JS-6 / ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BERNIE F. BRIGGS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DARREL G. ADAMS, WARDEN,<br><br>　　　　Respondent. | Case No. EDCV 08-00975 CAS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: July 9, 2009

　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE